| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | CANDICE K. JAN (CASBN 225749)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street Suite 340S<br>Oakland, California 94612-5217<br>Telephone: (510) 637-3699 |
| 7 | FAX: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.CR 06-00171 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO TAKE |
| v. | ) | DETENTION HEARING OFF |
| | ) | CALENDAR |
| JOSE ALFREDO JIMENEZ-COVARRUBIAS, | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order taking the detention hearing, currently set for March 17, 2006, at 9:30 a.m. before Judge Zimmerman, off calendar. The parties shall next appear before Judge Wayne D. Brazil on March 24, 2006, at 10:00 a.m. for preliminary hearing or arraignment.

IT IS SO ORDERED.

DATED: 17 Mar 06

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] ORDER TO TAKE DETENTION HEARING OFF CALENDAR
No.CR 05-70536 EMC